1098

January 13, 1975*

No. 74–380.   Louisiana State Board of Medical Examiners et al. *v.* Rosen.   Affirmed on appeal from D. C. E. D. La.

Mr. Justice White, with whom Mr. Justice Rehnquist joins, concurring.

Under the compulsion of *Roe* v. *Wade,* 410 U. S. 113 (1973), and *Doe* v. *Bolton,* 410 U. S. 179 (1973), which in my view were erroneously decided, I join the affirmance.

No. 74–402.   Rastetter et al. *v.* Weinberger, Secretary of Health, Education, and Welfare, et al.   Affirmed on appeal from D. C. Ariz.

No. 74–5136.   Young et al. *v.* Cobb, Chief, Bureau of Financial Responsibility, et al.   Affirmed on appeal from D. C. S. D. Fla.

No. 73–2045.   American Plant Food Corp. *v.* Texas.   Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 74–253.   Sobottka *v.* Brown, Registrar of Voters.   Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 74–413.   Cerezo *v.* Buso et al.   Appeal from Sup. Ct. P. R. dismissed for want of substantial federal question.

---

*Mr. Justice Douglas took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.